IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONSTER CABLE PRODUCTS, INC.,

    Plaintiff,

v.

KINGMONSTER.COM,

    Defendant.

No. C 04-01831 JSW

**ORDER TO DEFENDANTS TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT**

Now before the Court is the Petition by Plaintiff Monster Cable Products, Inc. ("Plaintiff") seeking an Order to Show Cause why defendants Kingmonster.com and Mr. Ricardo Sosa Ramirez each should not be held in civil contempt for violations of this Court's Judgment Pursuant to Stipulation.

Having considered the Plaintiff's Petition, the Court is satisfied that Plaintiff has made a sufficient and proper showing in support of the requested relief; accordingly, IT IS HEREBY ORDERED that Kingmonster.com and Mr. Ricardo Sosa Ramirez shall individually or jointly show cause why the Court should not issue an order holding each in civil contempt for violations of this Court's Judgment Pursuant to Stipulation.

Kingmonster.com's and Mr. Ramirez' oppositions and supporting papers shall be filed and served no later than April 14, 2006. The Plaintiff may file and serve reply papers by April 21, 2006. The Court will conduct a hearing on the merits of Plaintiff's petition on May 12, 2006, at 9:00 a.m.

The Plaintiff shall serve its Petition and supporting papers and this Order on both Kingmonster.com and Mr. Ramirez by no later than March 29, 2006. The Plaintiff shall file proofs of service with the Court by March 31, 2006.

**IT IS SO ORDERED.**

Dated: March 27, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE