| | |
|---|---|
| 1 | LARIVIERE, GRUBMAN & PAYNE, LLP |
| | Robert W. Payne, Esq.  (CA Bar No. 073901) |
| 2 | P.O. Box 3041 |
| | 19 Upper Ragsdale Drive, Suite 200 |
| 3 | Monterey, CA 93942-3140 |
| | Telephone: (831) 649-8800 |
| 4 | Facsimile: (831) 649-8835 |
| | E-Mail: rpayne@lgpatlaw.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | MONSTER CABLE PRODUCTS, INC. |

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation, | ) ) ) | NO: C04-01831 JSW |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE HEARING TO SHOW CAUSE |
| | ) ) | AND ORDER THEREON |
| KINGMONSTER.COM, and DOES 1 through 50, inclusive, | ) ) ) | |
| Defendants. | ) ) ) | |

Plaintiff, MONSTER CABLE PRODUCTS, INC., by and through its counsel of record, LaRiviere, Grubman and Payne, LLP, and defendant, KINGMONSTER.COM and RICARDO SOSA RAMIREZ, by and through its counsel, Moscone, Emblidge and Quadra, LLP, hereby stipulate as follows:

The Show Cause Hearing set in this matter be continued from Friday, May 12, 2006 until Friday, June 23, 2006 or any Friday thereafter.  The continuance is made in good faith and not meant to cause unnecessary delay.  The Defendant and Mr. Ramirez have recently obtained legal counsel.  Since that time, the parties have made substantial progress toward settlement.  It is the belief by both parties that a continuance of the Show Cause Hearing will allow the ongoing settlement discussions to produce an acceptable resolution without further involvement by the Court.

/ / /

|    |                              |                                                                                     |
|----|------------------------------|-------------------------------------------------------------------------------------|
| 1  |                              | Respectfully submitted,                                                             |
| 2  |                              | LARIVIERE, GRUBMAN & PAYNE, LLP                                                     |
| 3  | Dated: May 11, 2006          | By: _____                                                       |
| 4  |                              | Robert W. Payne                                                                     |
| 5  |                              | Attorneys for Plaintiff<br>MONSTER CABLE PRODUCTS, INC.                             |
| 6  |                              |                                                                                     |
| 7  |                              | Respectfully submitted,                                                             |
| 8  |                              | MOSCONE, EMBLIDGE and QUADRA, LLP                                                   |
| 9  | Dated: May 11, 2006          | By: _____                                                       |
| 10 |                              | Robert D. Sanford, Esq.                                                             |
| 11 |                              | Attorneys for Defendant<br>KINGMONSTER.COM<br>and RICARDO SOSA RAMIREZ              |

The Hearing to Show Cause in the above styled matter is hereby continued until the 23rd day of June, 2006, at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 11, 2006          By: _____
                             Hon. Jeffrey S. White
                             District Judge, U.S. District Court