LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (CA Bar No. 073901)
P.O. Box 3041
19 Upper Ragsdale Drive, Suite 200
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835
E-Mail: rpayne@lgpatlaw.com

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> KINGMONSTER.COM, and DOES 1 through 50, inclusive, <br><br> Defendants. | NO: C04-01831 JSW <br><br> STIPULATION TO CONTINUE HEARING TO SHOW CAUSE <br><br> AND ORDER THEREON |

Plaintiff, MONSTER CABLE PRODUCTS, INC., by and through its counsel of record, LaRiviere, Grubman and Payne, LLP, and defendant, KINGMONSTER.COM and RICARDO SOSA RAMIREZ, by and through its counsel, Moscone, Emblidge and Quadra, LLP, hereby stipulate as follows:

The Show Cause Hearing set in this matter be continued from Friday, June 23, 2006 until Friday, July 21, 2006 or any Friday thereafter. The continuance is made in good faith and not meant to cause unnecessary delay. The parties have made substantial progress toward settlement. It is the belief by both parties that a continuance of the Show Cause Hearing will allow the ongoing settlement discussions to produce an acceptable resolution without further involvement by the Court.

```
 1                                      Respectfully submitted,
 2
                                        LaRIVIERE, GRUBMAN & PAYNE, LLP
 3
 4
     Dated:  6/16/06                    By: _____
 5                                          Robert W. Payne
                                            Attorneys for Plaintiff
 6                                          MONSTER CABLE PRODUCTS, INC.
 7
                                        Respectfully submitted,
 8
                                        MOSCONE, EMBLIDGE and QUADRA, LLP
 9
10
     Dated:  6/16/06                    By: _____
11                                          James Quadra, Esq.
                                            Attorneys for Defendant
12                                          KINGMONSTER.COM
                                            and RICARDO SOSA RAMIREZ
13
14
15
16       The Hearing to Show Cause in the above styled matter is hereby continued until the
17   21st day of July, 2006, at 9:00 a.m.
18            IT IS SO ORDERED.
19
20   Dated: June 20, 2006               By: _____
                                            Hon. Jeffery S. White
21                                          District Judge, U.S. District Court
22
```