LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq.  (CA Bar No. 073901)
P.O. Box 3041
19 Upper Ragsdale Drive, Suite 200
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835
E-Mail: rpayne@lgpatlaw.com

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MONSTER CABLE PRODUCTS, INC., a California corporation, | ) ) ) | NO: C04-01831 JSW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO ~~CONTINUE~~ VACATE HEARING TO SHOW CAUSE AND ORDER THEREON |
| KINGMONSTER.COM, and DOES 1 through 50, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

The Parties request that the Show Cause Hearing, currently scheduled for July 21, 2006 at 9:00 a.m., be removed from the Court's calendar. Both parties have reached a settlement in the above matter and are currently finalizing such settlement. This removal will allow the parties to complete this settlement without any further involvement by the Court.

Respectfully submitted,

LARIVIERE, GRUBMAN & PAYNE, LLP

By /s/ Robert W. Payne
    Robert W. Payne
    Attorneys for Plaintiff
    MONSTER CABLE PRODUCTS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

MOSCONE, EMBLIDGE and QUADRA, LLP


By /s/  Robert D. Sanford
      Robert D. Sanford

Attorneys for Defendant
KINGMONSTER.COM
and RICARDO SOSA RAMIREZ

Pursuant to the representations, the Hearing to Show Cause in the above styled matter is hereby taken off the Court's calendar. If the settlement is not finalized by August 4, 2006, the parties shall file a status report with the Court.

IT IS SO ORDERED.

Dated: July 18, 2006      By: *[signature]*
                                               Hon. Jeffery S. White
                                               District Judge, U.S. District Court

## CERTIFICATE OF SERVICE

I, Marie Crépeau, Assistant to Robert W. Payne, attorneys for Plaintiff, hereby certify that a copy of the foregoing, STIPULATION TO CONTINUE HEARING TO SHOW CAUSE was served on Defendant's attorney, Robert D. Sandford, Esq., MASONE, EMBLIDGE & QUADRA, LLP, 180 Montgomery Street, Suite 1240, San Francisco, CA., 94101, postage prepaid by first-class mail on July 18, 2006.

_____
Marie Crépeau